UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Amy Bubacz and<br>Jill Moland,<br><br>   Plaintiffs,<br>v.<br><br>Michael F. Hubbard,<br><br>   Defendant. | File No. 25-cv-568 (ECT/LIB)<br><br>**ORDER ACCEPTING REPORT<br>AND RECOMMENDATION** |

  The case is before the Court on a Report and Recommendation [ECF No. 4] issued by Magistrate Judge Leo I. Brisbois. Plaintiffs Amy Bubacz and Jill Moland commenced this action in St. Louis County, Minnesota District Court, alleging that Defendant Michael Hubbard breached a commercial lease agreement, and the case was later removed to this Court. Compl. [ECF No. 1-1]; Removal Not. [ECF No. 1]. Magistrate Judge Brisbois recommends remanding this action to the state court for lack of subject-matter jurisdiction. R&R at 2. Hubbard filed a document that the Court construes as objections to the Report and Recommendation, despite that it lacks any argument regarding the Magistrate Judge's findings. ECF No. 5. In response to Hubbard's filing, Plaintiffs filed a short pleading asserting that the Report and Recommendation should be adopted. ECF No. 6.

  Because Hubbard has objected, the Court is required to review the Report and Recommendation de novo pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 72.2(b)(3). The Court has undertaken that de novo review and has concluded that Magistrate Judge Brisbois's analysis and conclusions are correct.

Therefore, based upon all of the files, records, and proceedings in the above-captioned matter, **IT IS ORDERED THAT**:

1. Hubbard's Objections to the Report and Recommendation [ECF No. 5] are **OVERRULED**;

2. The Report and Recommendation [ECF No. 4] is **ACCEPTED** in full; and

3. The action is **REMANDED** to the Minnesota State District Court, Sixth Judicial District, County of St. Louis, for lack of subject-matter jurisdiction.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: March 17, 2025
s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court